# Order

Michigan Supreme Court
Lansing, Michigan

November 29, 2005

129502

SHARON TAYLOR,
      Plaintiff-Appellant,

v

USA LAWYERS SERVICE, and ROBERT
STAFFORD,
      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129502
COA: 252808
Wayne CC: 03-301766-CK

On order of the Court, the application for leave to appeal the August 9, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

Clerk

p1121